IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY HAYLES,

      Plaintiff,                                    No. 2:09-cv-3061 JFM (PC)

    vs.

DR. ERICA WHEATHERFORD, et al.,

      Defendants.                            <u>ORDER</u>

                                         /

        On July 6, 2010, plaintiff filed a motion for a thirty-day extension of time to file a second set of interrogatories and request for production of documents. On July 14, 2010, plaintiff filed a motion to compel. On July 19, 2010, plaintiff filed a motion to withdraw the motion to compel.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 19, 2010 motion to withdrawn is granted;

        2. Plaintiff's July 14, 2010 motion to compel is withdrawn; and

/////

/////

/////

/////

1

1  3. Plaintiff's July 6, 2010 motion for an extension of time is granted. Plaintiff shall file his second set of interrogatories and request for production of documents on or before August 12, 2010.

DATED: July 20, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

014.hayl3061.disc.eot