IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY HAYLES,

     Plaintiff,                              No. 2:09-cv-3061 JFM (PC)

     vs.

DR. ERICA WHEATHERFORD, et al.,

     Defendants.                          <u>ORDER</u>

        /

        On August 12, 2010, plaintiff filed a motion to compel production of documents. Defendants have not, however, responded to plaintiff's motion.

        Accordingly, IT IS HEREBY ORDERED that defendants respond to plaintiff's motion to compel on or before September 17, 2010.

DATED: August 30, 2010.

                                       UNITED STATES MAGISTRATE JUDGE

/014.hayl3061.order2

1