IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY HAYLES,

    Plaintiff,                          No. 2:09-cv-3061 JFM (PC)

    vs.

DR. ERICA WHEATHERFORD, et al.,

    Defendants.                      <u>ORDER</u>

_____/

        On August 12, 2010, plaintiff filed a motion to compel defendants to respond to his requests for production of documents. On November 15, 2010, the undersigned granted plaintiff's motion to compel and ordered defendants to submit responsive documents to plaintiff within thirty days of the date of the order. On December 21, 2010, defendants filed a motion for summary judgment.

        On December 23, 2010, plaintiff renewed his motion to compel defendants to respond to his requests for production of documents. Therein, plaintiff asserted that defendants had not complied with the court's November 15, 2010 order and that he has not received documents responsive to his requests for production of documents. On March 1, 2011, plaintiff filed a motion for default, again alleging that defendants have failed to comply with the court's November 15, 2010 order. Plaintiff contends he has still not received any responsive documents.

1

1  Plaintiff seeks an order compelling defendants to comply with the court's November 15, 2010
2  order, sanctions in the amount of $200.00, and an extension of time to respond to defendants'
3  motion for summary judgment.
4          Upon review, IT IS HEREBY ORDERED that within twenty days from the date
5  of this order defendants shall show cause why they plaintiff's motions should not be granted and
6  sanctions imposed pursuant to Local Rule 110 for failure to comply with a court order.
7  DATED: March 25, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;hayl3061.osc

2