IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY HAYLES,

      Plaintiff,                                   No. 2:09-cv-3061 JFM (PC)

      vs.

DR. ERICA WHEATHERFORD, et al.,

      Defendants.                             <u>ORDER</u>

          Pending before the court are two motions to compel and a motion for default filed by plaintiff. Plaintiff's motions arise from defendants' allegedly insufficient responses to plaintiff's discovery requests and defendants' failure to timely comply with this court's November 16, 2010 discovery order. Plaintiff speculates that defendants failed to submit additional documents responsive to his discovery requests. However, plaintiff does not demonstrate that these documents in fact exist.

          Accordingly, IT IS HEREBY ORDERED that:

  1. Plaintiff's December 23, 2010 and April 13, 2011 motions to compel are denied;

  2. Plaintiff's request for sanctions is denied;

  3. Plaintiff's March 1, 2011 motion for default is denied;

/////

1

1     4. Within twenty-one days from the date of this order, plaintiff shall file an opposition to
2 defendants' December 21, 2010 motion for summary judgment. Plaintiff may proceed under the
3 assumption that he has seen all material responsive to his discovery requests; and
4     5. Defendants' reply, if any, shall be filed seven days thereafter.
5 DATED: July 7, 2011.

UNITED STATES MAGISTRATE JUDGE

/014;hayl3061.mtc2