IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY HAYLES,

     Plaintiff,                                      No. 2:09-cv-3061 JFM (PC)

    vs.

DR. ERICA WHEATHERFORD, et al.,

     Defendants.                           <u>ORDER</u>

_____/

        On July 29, 2011, the undersigned denied without prejudice defendants' motion for summary judgment. This denial was based on plaintiff's representation that defendants were withholding documents necessary for plaintiff's prosecution of this action. Based on these representations, plaintiff was provided the opportunity to submit evidence demonstrating that the documents he seeks from defendants are indeed available. Despite ample opportunity, plaintiff has failed to file any such evidence. Instead, plaintiff filed a motion for reconsideration of this court's July 8, 2011 order denying plaintiff's request for sanctions, which was based on the defendants' alleged non-compliance with a discovery order.

        Plaintiff asserts that he has attempted to obtain the documentation that he seeks by filing a grievance with the California Medical Facility, where he is housed. In that grievance, plaintiff sought documents that "contain, mention, or refer[] to policies on staff supervision of

1

disabled inmates housed in [the Department of Mental Health]; also, policies on RN staff's response to injured inmates, is there an existing, documented protocol? And, are any of these documents accessable [sic] to DMH staff?" Doc. No. 56, Attach.  Although plaintiff has shown some diligence in obtaining the documents that he seeks, he does not explain the relevance of those documents to this action.

Accordingly, IT IS HEREBY ORDERED that, within fourteen days of the date of this order, plaintiff shall file a writing describing the relevance of all of the documents that he seeks.

DATED: March 30, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

/014;hayl3061.jo3